IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **LILLIAN FRIESON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv787-MHT |
| ) | |
| **ELOISE M. SMITH, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge assigned to this case for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 13th day of September, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE